DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT D. MAGUIRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2823

[May 5, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weeks, Judge; L.T. Case No. 86-019165CF10A.

Richard L. Rosenbaum of Law Offices of Richard L. Rosenbaum, Fort Lauderdale, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and GERBER, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***